■ In the Matter of OMAR GAINDO, Petitioner, v NELSON S. ROMAN, Respondent. [827 NYS2d 678]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed as moot, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Sullivan, Williams, Gonzalez and Malone, JJ.